County of ___Rock___

State of ___Wisconsin___

I, ___Gary Talma___, do hereby swear and depose as follows:

1. I am the _General Operations Manager_ for ADT, LLC.

2. I had the court's decision and injunction electronically distributed to all of the Rockford employees on ___June 22, 2021___, via email.

3. I had copies of the court's decision and injunction posted at the Janesville, Wisconsin facility in all places where notices are posted.

4. Specifically, the notices were posted in the follow area(s): Tech Room & Kitchen

_____

_____

I certify that, on ___June 22, 2021___, at ___11:00AM___ ADT held a mandatory meeting where ___Docverify___, a responsible member of management for ADT, read the injunction to employees. This time and date was chosen because it ensured the widest possible participation of Rockford employees.

*Gary A Talma*
Signed on 2021/06/22 08:08:03 -8:00

Gary A Talma
General Operation Manager
ADT, LLC

Sworn to before me and subscribed in my presence this __22nd day June__ 2021.

**Alyssa Sankey**
Notary Public - State of Wisconsin
My Commission Expires Jul 11, 2023

*Alyssa Sankey*
Signed on 2021/06/22 08:08:03 -8:00

Notary Public




## ADT Compliance Affidavit 002 002.pdf

| | |
|---|---|
| DocVerify ID: | 0709354C-9F11-4DCD-9A00-7C3C115CB20C |
| Created: | June 22, 2021 07:31:28 -8:00 |
| Pages: | 1 |
| Remote Notary: | Yes / State: WI |

This document is a DocVerify VeriVaulted protected version of the document named above. It was created by a notary or on the behalf of a notary, and it is also a DocVerify E-Sign document, which means this document was created for the purposes of Electronic Signatures and/or Electronic Notary. Tampered or altered documents can be easily verified and validated with the DocVerify veriCheck system. This remote online notarization involved the use of communication technology.

Go to www.docverify.com at any time to verify or validate the authenticity and integrity of this or any other DocVerify VeriVaulted document.

### E-Signature Summary

**E-Signature 1: Gary A Talma (GT)**
June 22, 2021 08:08:03 -8:00 [5074F960ECCD] [65.28.187.211]
gtalma@adt.com (Principal) (ID Verified)

**E-Signature Notary: Alyssa Sankey (AS)**
June 22, 2021 08:08:03 -8:00 [0275E858F1B3] [65.30.96.34]
sankeyalyssa@gmail.com
I, Alyssa Sankey, did witness the participants named above electronically sign this document.



DocVerify documents cannot be altered or tampered with in any way once they are protected by the DocVerify VeriVault System. Best viewed with Adobe Reader or Adobe Acrobat. All visible electronic signatures contained in this document are symbolic representations of the persons signature, and not intended to be an accurate depiction of the persons actual signature as defined by various Acts and/or Laws.

